```
 1                  (Jury brought in.)            RECEIVED
 2        THE COURT: Good morning. Ladies and gentlemen, at
 3   this time we'll have the testimony -- I guess, of the   2006 APR -5 A 9:57
 4   first live witness.
 5        And, ma'am, if you would raise your hand,
 6   please. Ma'am, if you would raise your hand.
 7                  (Sworn by the Court.)
 8                  KATIE CONNER,
 9   called as a witness by the State, having been first
10   duly sworn to speak the truth, took the witness stand
11   and testified as follows:
12        THE COURT: You can put your hand down. Would you
13   state your name.
14        THE WITNESS: Katie Conner.
15        THE COURT: Okay, Ms. Conner, if you'll look at
16   those thirteen ladies and gentlemen and speak out real
17   loud, and Mr. Phillips will have some questions and I'm
18   sure the other attorneys will.
19                       DIRECT EXAMINATION
20   BY MR. PHILLIPS:
21        Q. Katie, if you would, can you get kind of closer to
22   the microphone. I'm one-eared and I can only hear out of one
23   ear, and some of the other folks might not be able to hear
24   you, too. Okay.
25            All right. You told us that your name was
```

Plaintiff's Exhibit "A"

```
 1      A.    Probably like that.
 2      Q.    About like this?
 3      A.    Yeah.
 4      Q.    About the distance -- A little more than this table
 5  between the jeep and Andre?
 6      A.    Well, the distance between Andre and jeep would be
 7  the length of that table.
 8      Q.    Okay.  But there was this much distance between
 9  Andre and Randy when Randy fell?
10      A.    Maybe a little bit further.
11      Q.    Little further.  At the time -- Did you hear the
12  shot before Randy fell or after?
13      A.    Before.
14      Q.    And then immediately after hearing the shot, did
15  you -- What did you see?
16      A.    I looked up and I saw Andre.  And I started running
17  towards him.
18      Q.    Where was Randy?
19      A.    He was on the ground.
20      Q.    What happened next?
21      A.    Then I started pushing him back towards his jeep.
22  And I told him --
23      Q.    So, you went -- You left the porch then?
24      A.    Yeah.
25      Q.    And went where?
```

Plaintiff's Exhibit "A"

THE COURT: Yes, ma'am.

(Slight pause.)

MS. JAMES: That's all I have of this witness.

REDIRECT EXAMINATION

BY MR. PHILLIPS:

Q. When you testified at the preliminary hearing earlier in response to cross-examining questions, you said that you didn't see the gun. Did you hear the gun?

A. Which gun?

Q. When it was -- When Andre fired the shot. Did you hear the gun?

A. Yes.

Q. That's what you said at the preliminary hearing, wasn't it?

A. Yes.

Q. And immediately after that, what did you see happen to Randy?

A. I saw him fall.

Q. And then where was -- Was Andre in front of or behind Randy?

A. Behind.

MR. PHILLIPS: That's all.

THE COURT: Redirect or recross -- I'm sorry.

MS. JAMES: No, sir.

THE COURT: Thank you, ma'am. You can step down.

Plaintiff's Exhibit "A"