```
 1                       (Witness excused.)
 2            THE COURT:  Let's take a break, ladies and
 3    gentlemen.  Be at least fifteen minutes.
 4            Bob, if you'll just have them go downstairs.
 5                       (Recess.)
 6            THE COURT:  Gary, call your next witness.  (Witness
 7    brought in.)  Good morning.
 8            THE WITNESS:  Good morning.
 9            THE COURT:  If you'll raise your right hand,
10    please.  The other one.  There you go.
11                  (Sworn by the Court.)
12                    BERNICE DAVIDSON CONNER,
13    called as a witness by the State, having been first
14    duly sworn to speak the truth, took the witness stand
15    and testified as follows:
16            THE COURT:  State your name for us.
17            THE WITNESS:  My name is Bernice Davidson Conner.
18            THE COURT:  Mr. Phillips will have some questions,
19    and these other folks may have some for you.
20                       DIRECT EXAMINATION
21    BY MR. PHILLIPS:
22        Q.  I need you to speak up real loud, because I'm about
23    half deaf.
24        A.  Okay.  Is that better?
25        Q.  That's better.  Now, you said that you're Bernice
```

Plaintiff's Exhibit "13"

```
 1      A.   Yes, sir, I did.
 2      Q.   And what happened -- Well, you just tell us what
 3 you saw.
 4      A.   Okay.  I had stepped out on the porch.  I had
 5 hollered for Randy to come back to the -- you know, to the
 6 house, because I was scared that Andre was going to shoot
 7 him.  And as he was coming back toward the house, Andre had
 8 stepped out of the jeep and walked up -- you know, took a
 9 couple of steps toward Randy, and just -- he just had a stand
10 and, like, turned the gun sideways and went pow, and you seen
11 the sparks come from the gun.
12           And then Randy -- You know, I looked at Randy,
13 and then Randy was laying on the ground screaming, "I can't
14 feel my legs.  I can't feel my legs."
15           And, so, I was sort of scared at that time,
16 because I didn't know whether to run back out to Randy and
17 check on him or whether to stay on the porch, because I
18 didn't know if he was going to shoot anymore, you know.  I
19 was --
20      Q.   Where was Katie when this happened?
21      A.   Katie -- I'm trying to remember.  I was worried
22 about Randy at the time.  But she went toward the jeep.  She
23 was going toward the jeep.
24      Q.   Okay.  After Randy fell and you had seen Andre
25 shoot him in the back --
```

*Plaintiff's Exhibit "B"*