## AFFIDAVIT OF KATIE CONNER

I, Katie Louise Conner, having been duly sworn, hereby appear before the below signed witnesses and notary Public and declare the following in regards to the case of Brent Parris, number CC-97-1099, Etowah County, Alabama.

My name is Katie Louise Conner, DOB, 9/18/76, and I was an eyewitness to the entire sequence of events on the night of April 12, 1997, between Brent Parris and Randy Davidson at 714 Padenriech Avenue, Gadsden, Alabama. I was present on that night, and Brent Parris was not the aggressor. Parris had not had any words or argument on that night, nor had he ever in the past, with the victim Randy Davidson. Davidson started the entire incident by stabbing Parris, and then Parris reacted to being attacked by Davidson. Parris never had any intentions of killing Davidson that night, and he never attempted to murder Randy Davidson that night. Davidson attacked Parris with a knife and assaulted him by cutting him. Only then did Parris shoot Davidson. Davidson started the whole incident. From what I witnessed, I know that Brent Parris did not intend to murder or attempt to murder Randy Davidson on the night of April 12, 1997.

I was called as a witness in this case, and I testified for the prosecution at the jury trial. I wish to clarify that Davidson was not lying on the ground at the time he was shot. I heard a gunshot, and I saw Davidson fall to the ground. If Parris were released from prison on work release or parole, he would not be a threat to society.

I further state that I am solely responsible for the contents of this document and I have not been threaten, cohered, intimidated, or promised anything what so ever, such as money, or anything of value in return for the contents of this "Affidavit".

_Katie Conner_                    _8-19-05_
SIGNATURE                          DATE

WITNESS: _Sabrina Parker_

WITNESS: _Lisa Hill_

**NOTARY**

STATE OF ALABAMA   )
COUNTY OF CALHOUN  )

I, _Sheila J. Hamilton Burns_, a Notary Public in and for said County in said State, hereby certify that Katie Lousie Conner, whose name is signed to the foregoing "Affidavit of Katie Louise Conner" sworn to and subscribed before me on the day the same bears date, executed the same voluntarily, and is declared under my seal on this ___19th___ day of ___August___ 2005.

_Sheila J Hamilton Burns_
NOTARY PUBLIC
_June 30, 2009_
MY COMMISSION EXPIRES

Plaintiff's Exhibit "C"