1

2

3

4

5          IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

6

7

8

9

10         STATE OF ALABAMA,

11                     PLAINTIFF

12         VS.                        CIVIL ACTION NO.

13         ANDRE BRENT PARRIS,        CC-97-1099

14                     DEFENDANT

15

16

17

18                                    *Plaintiff's Exhibit "D"*

19

20         <u>DEPOSITION OF RANDY DAVIDSON</u>

21

22                                    COPY

23

E. DENSON ADKINS & ASSOCIATES
P.O. Box 1583
Gadsden, Alabama   35902
(256) 546-2478

1              A P P E A R A N C E S

2

3     **FOR THE STATE:**

4        GARY PHILLIPS, Assistant District Attorney,
      Gadsden, Alabama.

5     **FOR THE DEFENDANT:**

6        WARREN FREEMAN, Attorney at Law, Delta,

7     Alabama.

8     **ALSO PRESENT:**

9        Judge William H. Rhea
         Andre Brent Parris
10       Rita Parris

11

12              I N D E X

13    Caption...............................Page    3
      Examination by Mr. Phillips...........Page   13
14    Voir Dire Examination by Mr. Freeman..Page   20
      Examination (Cont'd) by Mr. Phillips..Page   23
15    Examination (Cont'd) by Mr. Freeman...Page   39
      Examination (Cont'd) by Mr. Phillips..Page   77
16    Examination (Cont'd) by Mr. Freeman...Page   85
      Examination (Cont'd) by Mr. Phillips..Page   92
17    Examination (Cont'd) by Mr. Freeman...Page   93
      Examination (Cont'd) by Mr. Phillips..Page   99
18    Examination (Cont'd) by Mr. Freeman...Page  101
      Examination (Cont'd) by Mr. Phillips..Page  103
19    Examination (Cont'd) by Mr. Freeman...Page  103
      Examination (Cont'd) by Mr. Phillips..Page  104
20    Reporter's Certificate................Page  107

21

22

23

E. DENSON ADKINS & ASSOCIATES
P.O. Box 1583
Gadsden, Alabama  35902
(256) 546-2478

PLAINTIFF'S
Exhibit
"D"

1      MR. PHILLIPS:  Judge, we'll offer

2      State's Exhibit 2.

3      MR. FREEMAN:  No objection.

4      THE COURT:  Admitted.

5

6           (Whereupon State's Exhibit

7           No. 2 was offered to the

8           deposition.)

9

10   Q    (By Mr. Phillips)  Now, back to what

11        happened.  You got -- You struck

12        Mr. Parris with the butt end of the

13        knife and then you turned and ran, I

14        believe you said; is that right?

15   A    Yeah.  I had my back turned.

16   Q    What happened next?

17   A    I hit the ground.

18   Q    Did -- What caused you to hit the

19        ground?

20   A    Being struck in the back with a bullet.

21   Q    Did you hear a gun go off?

22   A    I didn't hear nothing or really know

23        what really went on.

E. Denson Adkins & Associates
P.O. Box 1583
Gadsden, Alabama  35902
Telephone:  (205) 546-2478

PLAINTIFF'S
Exhibit
"D"

```
 1    Q    You just know you were knocked to the
 2         ground?
 3    A    Yeah.
 4    Q    How far from the Jeep were you when you
 5         were hit?
 6    A    I would say about 15 feet from the Jeep.
 7    Q    So you were almost halfway back to the
 8         porch?
 9    A    Yeah.  I almost made it to the porch.
10    Q    All right.  Did you see who shot you?
11    A    No.  My back was turned.
12    Q    And where did the bullet strike you at,
13         Randy?
14    A    At T-8 complete in the back spine.
15             MR. PHILLIPS:  Judge, at this point,
16         I think I'd like to --
17             THE COURT:  We'll go off the record
18         a minute.
19
20             (Whereupon an off-the-record
21             discussion was had.)
22    \\\\\
23    Q    (By Mr. Phillips)  Randy, we are now
```



Plaintiffs'
Exhibit
"D"

| | | |
|---|---|---|
| 1 | | videotaping the portion of your -- a |
| 2 | | position of your back -- your spine. |
| 3 | | Now, prior to this shooting, did you |
| 4 | | have any scars or anything on your |
| 5 | | back right where we're looking at? |
| 6 | A | Oh, no. |
| 7 | Q | Okay.  Now, it appears that there is |
| 8 | | a long scar that goes up the middle |
| 9 | | of your back.  What is that from? |
| 10 | A | That's -- up the spine? |
| 11 | Q | Yes. |
| 12 | A | That's the surgery where they took the |
| 13 | | bullet out. |
| 14 | Q | All right.  Now, there's a scar over |
| 15 | | to just the right of that.  What is |
| 16 | | that from? |
| 17 | A | And that's a circle? |
| 18 | Q | That's sort of a -- |
| 19 | A | The bullet looks like a circle.  That's |
| 20 | | the way I describe it. |
| 21 | Q | What is that? |
| 22 | A | That's where the bullet went in. |
| 23 | Q | Okay.  Now, from the scar on the middle |

PLAINTIFFS
Exhibit
"D"

```
 1              of your back -- You can't see this,

 2              Randy.  I'm just doing this for camera

 3              purposes.  Let me get across here.

 4              It's roughly about -- It appears to be

 5              about three centimeters from one scar

 6              to the other.  Is that about right?

 7      A       Yeah, that's about right.

 8                   MR. PHILLIPS:  That's all.  If

 9              you want to --

10                   THE COURT:  Wait before you turn

11              him.  Do you want to ask him any

12              questions about that so we won't

13              have to turn him back?

14                   MR. FREEMAN:  No.

15                   THE COURT:  All right.  We'll go

16              off a second.  Go off the record.

17

18                   (Whereupon an off-the-record

19                    discussion was held.)

20

21                   MR. PHILLIPS:  Your Honor, due to

22              the nature in which we're having

23              to do this videotape for the jury
```



1          to see it, at this point we would

2          like to ask the photographer to

3          make some still photographs of the

4          same area that we were discussing

5          that was on the video tape so that

6          when they are developed, I'll

7          make them available to the defense

8          attorney as indicated so that just

9          in case the videotape doesn't show

10         it -- What we're looking at in terms

11         of the wound -- the scar for the

12         wound -- from the wound, that we

13         will have something of a still

14         photograph.

15         MR. FREEMAN:  I don't have any

16         objection doing that, just we'd

17         reserve the right to look at the

18         pictures before they're entered --

19         **THE COURT:**  Yes.

20         **MR. FREEMAN:**  -- and lodge any

21         objection.

22         **THE COURT:**  Correct, yeah.  Nothing

23         will be waived in that -- yes,

E. Denson Adkins & Associates
P.O. Box 1583
Gadsden, Alabama  35902
Telephone:  (205) 546-2478



PLAINTIFF'S
Exhibit
"D"

```
 1                granted.  Off the record.

 2

 3                     (Whereupon an off-the-record

 4                     discussion was held.)

 5

 6     Q       (By Mr. Phillips)  Okay.  Randy, now,

 7             we have viewed or looked at the scar

 8             that you have on your back.  From the

 9             time that you fell, have you ever been

10             able to walk again?

11     A       When I got shot?

12     Q       Yes.

13     A       I haven't been able to walk none.

14     Q       Now, at the time you were shot, what

15             were you doing?

16     A       I was trying to break up what was going

17             on.

18     Q       Well, I mean --

19     A       When I got shot?

20     Q       When you got shot -- The instant you

21             got shot, what were you doing?

22     A       I was running.

23     Q       Were you running away from or towards
```

PLAINTIFF'S
Exhibit
"D"

1              Mr. Parris?

2    A    Running towards the house.

3    Q    Would that be away from or towards

4         Mr. Parris?

5    A    Away from Parris.

6    Q    And how far away from Mr. Parris were

7         you at the time you got shot?

8    A    He was --

9              **MR. FREEMAN:**  Your Honor, I object

10             unless he -- I object unless he --

11   Q    **(By Mr. Phillips)**  How far away from

12        the truck were you -- the Jeep at the

13        time you got shot?

14   A    It was about 15 feet.

15             **MR. PHILLIPS:**  Okay.  Answer

16             Mr. Freeman's questions.

17

18             **EXAMINATION BY MR. FREEMAN:**

19

20   Q    Again, Mr. Davidson, my name is Warren

21        Freeman.  The knife that you said that

22        you went out and you -- you hit Andre

23        with, how long had you had the knife?

E. Denson Adkins & Associates
P.O. Box 1583
Gadsden, Alabama  35902
Telephone:  (205) 546-2478

PLAINTIFF'S
Exhibit
"D"