## ALABAMA BOARD OF PARDONS AND PAROLES

## REPORT OF INVESTIGATION

Type of Investigation  Pre-Sentence                                    Date Dictated  10-5-00

Name  Brent Andre Parris                     True name  Same

Alias  None known

RSA  WM – 29          DOB  12-5-70          Height and Weight  6'; 155 lbs.

Complexion  Fair                Color of Hair  Brown          Color of Eyes  Green

Bodily Marks  Tattoos: symbol on left forearm and inside left hand; spider on left shoulder

Driver's License #  AL 5498859 - Suspended          SSN  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

AIS#  203,767          FBI#  933987LA4          SID#  AL 01162172/GA 1882162L

Address  1618 Charlotte Avenue          Phone #  238-1524
         Anniston, Alabama  36201

County  Etowah                    Case #  CC97-1099-R

Offense(s)  Attempted Murder

Sentence(s)  35 years cs

Date of Sentence  10-11-00          Date Sentence Began  10-11-00

Date of Arrest  4-12-97    Date of Bond  9-22-98    Bond Amount $  20,000 (Revoked 10-13-98)

Judge  William H. Rhea III          D.A.  James E. Hedgspeth Jr.

Attorney  Susan James                 Retained  X          Appointed

Court Ordered Restitution $  27.88

Barred From Parole          Yes                          No  X

Date Copies Sent to Central Records  12-13-00

NOTES:    10-11-00:  Ordered to pay court costs, attorney's fee
                      ACVCC fees.
          11-21-00:  Notice of Appeal filed.

PBF 203

*Plaintiff's Exhibit "E"*

## PRESENT OFFENSE(S)

### County, Court, and Case Number

Etowah County Circuit Court No. CC97-1099-R

### Offense:

Attempted Murder

### Sentence:

### Date of Sentence:

### Details of Offense:

Parris was arrested 4-12-97 by officers of the Gadsden Police Department and charged with Attempted Murder. He was subsequently indicted 9-5-97 by the 1997 Fall Term of the Etowah County Grand Jury. On 8-31-00, Parris was found guilty as charged by a jury and sentencing was scheduled for 10-11-00.

Police reports reflect that on 4-12-97, Parris was visiting his ex-girlfriend and five-month-old baby at 714 Padenreich Avenue in East Gadsden. Parris had the child in his vehicle and left the residence. Katie Conner became upset and was sitting on the steps crying when Parris returned to the residence. Before he got out of the vehicle, Randy Davidson who lived at the residence and is mentally incompetent approached Parris about hurting Katie. Mr. Davidson confronted and struck him on the forehead with the hilt of a knife. Mr. Davidson then turned to run from Parris, slipped in the mud and fell to the ground face down. By this time Mr. Davidson's sister Bernice Conner came out of the house and was standing on the porch. She witnessed Parris get out of his vehicle with a gun, walk up to Mr. Davidson and shoot Mr. Davidson in the back. Parris then pulled Katie Conner into his vehicle and left the scene.

Mr. Davidson was transported to Gadsden Regional Hospital by ambulance. He was admitted through the emergency room and underwent surgery to remove the bullet from his spine. The surgery lasted two hours and Mr. Davidson was paralyzed as a result of this gunshot.

Plaintiff's Exhibit "E"

2

Parris was later arrested at the Town House Motel in East Gadsden. The weapon, a Jennings 380 semi-automatic pistol was recovered from Parris when he was arrested.

## Circumstances Barring Parole:

Not applicable.

## Subject's Statement:

In Parris' statement to police he stated that Mr. Davidson assaulted him by hitting him in the head with the knife and that he had blood in his eyes. He stated Mr. Davidson moved toward him a third time and Parris seeing he still had the knife, reached and got his pistol from between the console and fired one time toward Davidson.

## Case Status of CoDefendants:

None charged.

## Victim Notification Information:

Randolph Eugene Davidson – further information in the file.

## Victim Impact:

This offense has gravely and seriously impacted the victim and his family. Mr. Davidson was twenty-three years old at the time was shot in the back and remains paralyzed from his chest down. He underwent surgery for approximately two hours the night of the offense to remove the bullet from his spine and repair surrounding damage. Mr. Davidson presently resides in a hospital or some type of long-term care facility in Chattanooga, Tennessee. The present prognosis is that he will never recover any neurological function. Attempts to contact his sister by this officer were unsuccessful. However according to the local victim's service officer, the majority of Mr. Davidson's medical expenses have been covered by Medicaid. There was one claim in the amount of $27.88 paid by Alabama Crime Victim's Compensation Commission on behalf of Mr. Davidson for a hospital fee from Shepherd Center in Atlanta, Georgia.

## Location of Offense:

This offense occurred within the city limits of Gadsden, Alabama.

## Court Ordered Restitution:

Plaintiff's Exhibit "E"

## RECORD OF ARREST(S)

### Prior Arrest Record:

| | | | |
|---|---|---|---|
| 09-19-86 | Calhoun County Juvenile Court | Harassment | Dismissed 1-28-87 |
| 02-10-88 | Anniston PD | Speeding | $20 fine |
| 03-02-88 | Anniston PD | Driving Without License | Acquitted |
| 04-11-88 | Calhoun County Juvenile Court | Assault III | Consent Decree – fined $20 (Decree terminated 5-11-88) |
| 05-10-88 | Calhoun County Juvenile Court | Assault II | Nolle prossed |
| 05-12-88 | Calhoun County Juvenile Court | Harassing Communications | Nolle prossed |
| 07-27-88 | Anniston PD | Reckless Driving | $54 fine |
| 08-02-88 | Calhoun County Juvenile Court | Criminal Mischief I | 12 mos. Probation (terminated 10-3-89) |
| 01-10-90 | Anniston PD | Running Stop Sign | $34 fine |
| 03-19-90 | Gadsden PD | Speeding | Fined |
| 07-03-90 | Calhoun County Circuit Court CC90-1149 | Youthful Offender - Shooting Into an Occupied Vehicle | 2-17-91: 18 mos. 3-22-91: 3 yrs. Probation. 7-10-92: Probation revoked. |
| 01-30-91 | Calhoun County Circuit Court | Receiving Stolen Property III (reduced from RSP II) | 2-22-91: 365 days suspended, 24 mos. probation |
| 02-25-91 | Calhoun County District Court TR91-1073 | Driving While License Suspended | 5-15-91: Dismissed |

*PLAINTIFFS Exhibit "E"*

4

| | | | |
|---|---|---|---|
| 07-09-92 | Calhoun County District Court DC92-2417 | Assault I | 9-11-92: Nolle prossed |
| 10-16-92 | Etowah County Circuit Court CC92-1162 | Assault I | 6-18-93: Nolle prossed |
| 05-06-93 | Attalla PD | Public Intoxication | 5-13-93: 16 days, $100 fine + $54 costs. |
| 05-06-93 | Attalla PD | Theft III | 5-13-93: 7 days, $250 fine + $54 costs + $8.29 restitution. |
| 05-06-93 | Attalla PD | Theft III | 5-13-93: Nolle prossed |
| 06-02-93 | Anniston PD | DUI | $350.50 |
| 06-02-93 | Anniston PD | Speeding | $60.50 |
| 11-04-93 | Gadsden PD | Speeding | Fined |
| 11-04-93 | Gadsden PD | Driving While License Revoked | Fined |
| 11-04-93 | Gadsden PD | Giving False Information | Fined |
| 11-04-93 | Gadsden PD | Seat Belt Violation | Fined |
| 01-12-94 | Anniston PD | Speeding | $85.50 |
| 08-11-94 | Calhoun County District Court TR94-2880 | Speeding (52/35) | $103 |
| 09-15-94 | Calhoun County Circuit Court CC94-881 | Receiving Stolen Property II | 5-16-95: Nolle prossed |
| 10-07-94 | Calhoun County District Court TR94-3604 | Speeding (51/35) | 3-21-95: Nolle prossed |

PLAINTIFF'S Exhibit "E"

| | | | |
|---|---|---|---|
| 10-07-94 | Calhoun County District Court TR94-3605 | DUI – Alcohol | 3-21-95: 58 days – 30 served, $600 fine + $128 costs. DUI School. |
| 03-22-95 | Anniston PD | Speeding | Nolle prossed |
| 04-26-95 | Anniston PD | Improper Lights | $54 |
| 04-26-95 | Anniston PD | Driving While License Revoked | Nolle prossed |
| 06-07-95 | Etowah County Circuit Court CC96-901-R | Assault 2nd | 3-16-99: Sentenced 10 yrs., probation denied. |
| 08-08-95 | Gadsden PD | Giving False Information | Fined |
| 08-08-95 | Gadsden PD | Carrying Pistol Without Permit | Nolle prossed |
| 10-21-95 | Calhoun County District Court TR95-4347 | Speeding (54/35) | 12-8-95: $93 fine & costs. |
| 10-21-95 | Calhoun County District Court TR95-4348 | Driving While License Revoked | 12-8-95: $173 fine & costs. |
| 11-05-95 | Etowah County District Court DC95-3997 | Public Intoxication | 12-6-95: $25 fine & costs. |
| 06-19-96 | Calhoun County Sheriff's Office | Unlawful Possession of Controlled Substance – 3 counts | Disposition unknown |
| 08-04-96 | Etowah County District Court TR96-1521 | Speeding (75/55) | 3-21-97: $110 |
| 08-04-96 | Etowah County District Court TR96-1522 | Driving While License Revoked | 3-21-97: $190 |
| 11-01-96 | Gadsden PD | Giving False Information | Fined |

PLAINTIFFS Exhibit "E"

6

| | | | |
|---|---|---|---|
| 11-01-96 | Gadsden PD | Driving While License Revoked | Nolle prossed |
| 11-01-96 | Gadsden PD | Illegal Window Tint | Nolle prossed |
| 01-16-97 | Calhoun County District Court TR97-286 | Speeding (49/30) | 2-5-97: $113 fine & costs. |
| 01-16-97 | Calhoun County District Court TR97-287 | Driving While License Revoked | 2-5-97: $173 fine & costs. |
| 03-21-97 | Etowah County District Court DC97-1024 | Public Intoxication | 4-8-97: Nolle prossed |
| 03-21-97 | Etowah County District Court DC97-1025 | Carrying Concealed Weapon | 4-8-97: $50 fine & costs. |
| 03-21-97 | Etowah County District Court DC97-1026 | Discharging Firearm | 4-8-97: 30 days, $100 fine & costs. |

**Subsequent Arrest Record:**

| | | | |
|---|---|---|---|
| 10-22-98 | Etowah County District Court DC98-3667 | Hindering Prosecution | 3-25-99: Sentenced 12 mos. Co. Jail. |

## PERSONAL / SOCIAL HISTORY

The following personal and social information is taken from the Pre-Sentence Report prepared by this officer on 3-12-99 in Etowah County Case CC96-901. Parris was personally interviewed by this officer on 2-23-99 in preparing that report.

**Subject:**

Parris is a twenty-nine year old white male born in Anniston, Alabama. He is the only child born to Curtis and Rita Glanze Parris. He was raised by his parents in

*Plaintiff's Exhibit "E"*

the Anniston area and his parents are still married to each other. Parris stated when he was twenty-one years old he resided in Carrollton, Georgia for approximately eight months then lived approximately nine months in Chattanooga, Tennessee then returned to Alabama and has been here since.

## Marital Status / History:

Parris is single, never been married but has one child. He has a daughter Killian Gage Parris, age three who resides with her mother Katie Conner in Hokes Bluff.

## Health:

Parris stated he is and appeared to be in good physical health. Parris stated in 1995 he overdosed on crystal meth which resulted in a heart attack. He stated he sustained slight damage to his heart and takes heart regulation medication daily. He stated he attended Calhoun County Mental Health Center for approximately six months after the heart attack for anxiety and panic attacks. Parris stated he first used illegal drugs when he was approximately seventeen years old. He stated he tried marihuana but never really used it on a regular basis. He stated he has taken acid and has used methamphetamines twice. He denies ever using cocaine or heroin and stated he has never been addicted to any illegal drug. He stated he used alcohol when he was sixteen or seventeen years of age on an occasional basis.

## Education:

Parris stated that he graduated from Four Square Christian Academy in 1988 as the salutatorian. He stated he attended vocational school while in high school. After high school he acquired an Applied Associate's Degree at Ayers Technical College in drafting technology. He stated he has also attended Jacksonville State University and lacks approximately thirty hours to complete a B. S. degree.

## Financial Status:

When interviewed in February of 1999, Parris stated he owned no financial assets of substantial worth. He stated he owed hospital bills which totaled approximately $8,000.

## Employment History:

Parris stated he was last employed at Jacksonville State University Technology Department as a computer lab assistant for two years. Prior employment included approximately one year at Boozer Beam in Anniston and approximately one year as a cook at Western Sizzlin in Anniston.

Plaintiff's Exhibit "E"

8

**Military Record:**

Parris has never served in the military.

**Offender's Family:**

**Father:** Curtis Parris, 57, resides in Anniston and is a retired captain with the Anniston Fire Department.

**Mother:** Rita Glanze Parris, 45, resides with her husband and in 1999 was employed as a paralegal.

**Siblings:** None.

## EVALUATION OF OFFENDER

**Psychological Reports:**

None available.

**Reputation and Community Activities:**

Parris was raised in the Calhoun County area. His arrest record indicates involvement with the juvenile authorities beginning when he was fifteen years old.

**Probation and Parole Officer's Remarks:**

None.

*Signed and dated at Gadsden, Alabama this the 6th day of October 2000.*

Kathryne T. Quattlebaum
Kathryne T. Quattlebaum
Alabama Probation and Parole Officer

KTQ/kg

*Plaintiff's Exhibit "E"*