To: Brent Parris    # 203767        Dorm 9

From: L. Hayes            12/05/2003

Re: Request slip and packet of court materials

I did contact the Parole field office. I was advised they had received the request and court transcripts from you. They are awaiting a review and decision by their legal division in this matter. No new PSI has been written at this point.

The Parole Board will make it's decision regarding your parole based on their Parole files rather than our institutional files.

I am returning the information to you. I can put it in your file at your request but it is of no valid use since it was received from you and not the courts directly. I suggest you keep this in a safe place.

*Plaintiff's Exhibit "H"*