


*State of Alabama*
*Department of Corrections*
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009
(256) 233-4600

**BILLY MITCHEM**
WARDEN III

**DAVID WISE**
WARDEN II

05/26/2005

To: Brent Parris    # 203767    Dorm: 9

From: J. Hayes, Classification

    I have received your letter of 05/25/2005 concerning the designation of "heinous" on your case. The progress review of 07/18/2003 uses the term "heinous" per the classification manual in effect at that time. The progress review of 07/20/2005 uses the term "Restrictive" as the manual changed per information received from our central division in Montgomery 04/08/2004. Only The Central Review Board can designate a case as "Restrictive". At this point they have not made a ruling.
    On 12/05/2003 I responded to a request slip from you and in that response noted that a new PSI with details based on court transcripts had not been received. At this point a new or different PSI has not been received. Classification must use details of crimes in making recommendations. The Department of Corrections depends upon those details furnished from the Board of Pardons and Paroles in a Post or Pre-Sentence Investigation report. We can not make a determination on their correctness.
    As I have advised you previously, information such as the court transcript must be sent to the Department of Corrections directly from the source (clerks office) and not an individual or inmate for that information to be considered. Either a new or corrected PSI or the trial transcript would have to be sent from the Board of Pardons and Paroles or the clerks office to the Department of Corrections to support what you state in your recent letter.
    Central Review Board (or the Director of Classification) will make the determination on whither or not your case is considered or designated as "Restricted". That decision will be based on information in your file at Central Records.

*Plaintiff's Exhibit "I"*