


STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 South Ripley
P. O. Box 302405
Montgomery, Alabama 36130-2405
(334) 242-8700   FAX: (334)353-1157
www.paroles.state.al.us

SIDNEY T. WILLIAMS
Chairman of the Board

VELINDA A. J. WEATHERLY
Associate Member

WILLIAM C. SEGREST
Executive Director

JENNIFER GARRETT
Special Member

STEVE MCGILL
Special Member

DON MCGRIFF
Special Member

CLIFF WALKER
Special Member

June 15, 2005

Mr. Brent Andre Parris, AIS# 203767
Limestone Correctional Facility – 9 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749

Dear Mr. Parris:

After receiving your request to correct information within the Pre Sentence Investigation conducted by Officer Quattlebaum regarding your case, we sent your correspondence to Officer Quattlebaum for response. She advises that she never indicated that the information contained therein was erroneous and that the information enclosed was prepared from records obtained from the District Attorney's files and police reports, as those are our usual sources of information. Officers cannot attend jury trials as they do not have the luxury of time to do so.

Copies of the transcript, the Preliminary Hearing transcript, and the videotaped deposition of the victim have been sent to the Board to be enclosed in your file for viewing by the Board and to the Department of Corrections for their viewing and use.

We appreciate your bringing your concerns to our attention.

Sincerely,

Cynthia S. Dillard
Assistant Executive Director

Plaintiff's Exhibit "K"