```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS                    INST: 024
                            INMATE SUMMARY AS OF 08/31/2005                      CODE: CRSUM

****************************************************************************************
(AIS: 00203767R)   INMATE: PARRIS, BRENT ANDRE              RACE: W   SEX: M
INST: 024 - LIMESTONE CORRECTIONAL CENTER    DORM: SC    JAIL CR: 001Y 11M 04D
DOB: 12/05/1970   SSN: 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
                                                            PREVIOUS AIS: P0032667
ADM DT: 03/16/1999   DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF        STAT: PROTECTIVE CUSTODY

CURRENT CUST: MED-9   CURRENT CUST DT: 04/03/1999   PAROLE REVIEW DATE: APR 2009

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV          CURRENT CLASS DATE:  01/21/2002
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY        SENT DT   CASE NO   CRIME
ETOWAH        03/16/99  N96000901 ASSAULT II                 JL-CR       TERM
              COURT COSTS   : $0001428    FINES : $0000000  * 0166D 010Y 004 00D CS
ETOWAH        10/11/00  N97001099 ATTEMPTED MURDER           RESTITUTION : $0072271
              ATTORNEY FEES : $002034     HABITUAL OFFENDER : N  0533D 035Y 004 00D CS
              COURT COSTS   : $0002090    FINES : $0000000  RESTITUTION : $0002748

 TOTAL TERM        MIN REL DT      GOOD TIME BAL      GOOD TIME REV      LONG DATE
 045Y 00M 00D      08/03/2035      000Y 00M 00D       000Y 00M 00D       04/11/2042

INMATE LITERAL:
****************************************************************************************
DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************************************
ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
****************************************************************************************
DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 09/19/2002                              CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION      AT INST: 008     RULE NUMBER: 85
      RETAINED DAYS: 0000   SEQ #: 03   RULE LIT: VIOLATION OF INSTIT. RULES OR REG
   >> DISCIPLINE: 02/25/2002   TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
      DISCIPLINE TYPE: MAJOR                 AT INST: 067     RULE NUMBER: 64
      RETAINED DAYS: 0000   SEQ #: 02   RULE LIT: POSSESSION OF CONTRABAND

                              CONTINUED ON NEXT PAGE
```

Plaintiff's Exhibit "L"