Inmate Brent Parris 203767
Limestone

9 Dec 05

Dear Inmate Parris:

    Your letter to me with attachments has only just come to my attention for review and response.

    Please be advised that we are obligated to utilize the pre-sentence report furnished to the ADOC by the court. If there are discrepancies between that document and what you believe to be the facts, that is a matter between you and the Pardon and Parole Board. No one in this Department has the authority to remove any document or overlook or otherwise ignore information from any official document furnished to the ADOC. If there is ever any correction made to your pre-sentence report and we are given a copy of that report so amended, then your classification can be reconsidered in light of any changes that might be made.

    For your information, however, there is no dispute that your victim was permanently injured and that the crime of attempted murder was but the latest is a long history of aggressive conduct in your criminal history to include a prior felony conviction for assault II. The primary responsibility of the ADOC is to insure the protection of the public and to that end all determinations of your classification will be predicated. All less restrictive placements, programs, and custodies are privileges to this no offender enjoys any right or entitlement of consideration, let alone participation. Your prediliction for violence is not only a matter of record, but a matter of concern as well.

Sincerely,

Paul Whaley II
Director of Classification
ADOC

Plaintiff's Exhibit "N"

