RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE    2006 APR -5  A 9: 57

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

BRENT ANDRE PARRIS #203767

Plaintiff(s)

2:06cv303·MEF

v.

KATHRYNE T. QUATTLEBAUM, Alabama Probation &
Parole Officer; and PAUL WHALEY, Director of Classification

Defendant(s)

I, __Brent Andre Parris #203767__, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1.   Are you presently employed?          Yes ( )   No (X)

  A.   If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____
  _____ N/A _____
  _____

  B.   If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____
  __1996    $250.00 per month    Student & Part Time Employment__
  __Jacksonville State University, Jacksonville, Alabama__

2.   Have you received within the past twelve months any money from any of the following sources?

  A.   Business, profession, or form of self-employment?   Yes ( )   No (X)

  B.   Rent payments, interest, or dividends?          Yes ( )   No (X)

  C.   Pensions, annuities, or life insurance payments?   Yes ( )   No (X)

  D.   Gifts or inheritances?                    Yes ( )   No (X)

  E.   Any other sources?                      Yes (X)   No ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____
__Family:  approximately $1,200.00__ _____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].                                      Yes (XX)   No ( )

   If the answer is YES, state the total value of the items owned. _____
   Prison Account:   $81.59 _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?        Yes ( )   No (X )

   If the answer is YES, describe the property and state its approximate value. _____
   _____ N/A _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
   _____ None _____
   _____

   X _Brent Parris_____
   Signature of Affiant

STATE OF ALABAMA                          )
COUNTY OF _____ )

        Before me, a Notary Public in and for said County, in said State, personally appeared _____
   _____, whose name is signed to the foregoing complaint, who being

first duly sworn, deposes on oath and says:

        That the information set forth in the foregoing affidavit is true and correct to the best
   of his knowledge and belief.

                                                    _____
                                                    Signature of Affiant

   Sworn to and subscribed before me on this _____ day of _____, 19_____.

                                                    _____
                                                    NOTARY PUBLIC

                                                    _____ County, Alabama
                                                    My Commission Expires:_____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____4 . 3 - 0 6_____

_____(date)_____

X Brent Parris
Signature of Affiant

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_____81.59_____ on account to his credit at the _____L C F_____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _____
_____N / A_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

| | | | |
|---|---|---|---|
| A. | $ 25.23 | on the first day of | October 2005 |
| B. | $ 15.54 | on the first day of | November 2005 |
| C. | $ 140.48 | on the first day of | December 2005 |
| D. | $ 244.62 | on the first day of | January 2006 |
| E. | $ 183.09 | on the first day of | February 2006 |
| F. | $ 124.90 | on the first day of | March 2006 |

_____Beverly Burrett_____
Authorized Officer of Institution

Date: _March 23, 2006_

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                  LIMESTONE CORECTIONAL FACILITY


AIS #: 203767      NAME: PARRIS, BRENT              AS OF: 03/23/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAR | 8 | $137.97 | $50.00 |
| APR | 30 | $23.59 | $75.00 |
| MAY | 31 | $34.59 | $15.00 |
| JUN | 30 | $22.74 | $150.00 |
| JUL | 31 | $50.38 | $50.00 |
| AUG | 31 | $57.90 | $150.00 |
| SEP | 30 | $34.31 | $75.00 |
| OCT | 31 | $25.23 | $0.00 |
| NOV | 30 | $15.54 | $75.00 |
| DEC | 31 | $140.48 | $350.00 |
| JAN | 31 | $244.62 | $125.00 |
| FEB | 28 | $183.09 | $78.00 |
| MAR | 23 | $124.90 | $0.00 |