**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kathryne T. Quattlebaum
   Alabama Board of Pardons & Paroles
   P.O. Box 302405
   Montgomery, AL 36130

   2:06 cv 303 - MEF

2. Article Number
   (Transfer from service label)    7005 1820 0002 3461 1017

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Cornell Long    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Cornell Long
C. Date of Delivery: 4/25/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   APR 25 2006
   40

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes