**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Whaley, Director of Classification
   Alabama Department of Corrections
   P.O. Box 301501
   Montgomery, AL 36130

   2:06 CV 303-MEF

2. Article Number
   (Transfer from service label)

   7005 1820 0002 3461 1000

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name): Paul Whaley
C. Date of Delivery: 24 Apr

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV303

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes