IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRENT ANDRE PARRIS, #203767** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | **Case #2:06-CV-303-MEF** |
| ) | |
| ) | |
| **KATHRYEN T. QUATTLEBAUM,** ) | |
|               **et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, Kathryne T. Quattlebaum, on behalf of all Defendants, and moves the Court for an extension of time to respond to Plaintiff's 42 U.S.C. $1983 claims and shows unto the Court the following:

    1)    Defendants have discussed the issues and request an extension of time, up to and including June 30th, 2006, to file their response to the complaint.

2) Plaintiff is challenging the contents of a presentence report prepared in 2000 and his current prison classification.

3) The contents of the presentence report were obtained from several sources that will have to be verified in order for Ms. Quattlebaum (Defendant) to adequately respond to the complaint.

4) The Department of Corrections (Defendant) uses the information from the presentence report in making their classification decisions, which places them at a disadvantage in responding until the validity of the contents of the presentence report can be verified.

5) Plaintiff is serving consecutive sentences totaling 45-years from 1999 and 2000 and is not challenging the conviction.

6) The Petitioner will not be prejudiced by the extension.

                Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL


s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 6-2-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**BRENT ANDRE PARRIS,
AIS# 203767
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009**

Done this **2nd** day of **June 2006**.

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov