```
                        DISPLAY INMATE SUMMARY DATA
 01/JUN/2006      13:00:15      CDSUM     499    L-TARA        CDSUM01    604
-------------------------------------------------------------------------------
 AIS: 00203767R  INMATE: PARRIS, BRENT ANDRE            RACE: W  SEX:  M

 INST: 024-LIMESTONE CORRECTIONAL CENTER  JAIL CR: 0699D  DOB: 12/05/1970
 SSN: ###########    PAR CONS DT: 04/2009  CURR CUST: MED9  CURR CUST DT: 04/08/1999
 ALIAS:                                    ALIAS:
 ADM TP: NEW COMIT FROM CRT W/O REV OF   STATUS: PROTECTIVE CUSTODY
 INIT SENT DT:03/16/1999 ADM DT: 03/16/1999 DEAD TIME: 00Y 00M 00D
                                   N                                       TY
 COUNTY       SENT DT    CASE    L  CRIME                     TERM         PE
 ETOWAH      03/16/1999 000901  Y   ASSAULT II              * 10Y00M00D    CS
 ETOWAH      10/11/2000 001099  Y   ATTEMPTED MURDER          35Y00M00D    CS


                     NO MORE RCDS THIS TYPE AVAIL
 INMATE HAS 003 DISCIPLINARIES RESULTING IN LOSS OF 000Y00M00D OF GOOD TIME.
 INMATE HAS 047 TRANSFER RECORDS ON FILE.
 INMATE HAS 00  DETAINER/WARRANT RECORDS ON FILE.
  TOTAL  TERM   REV GOOD TIME   MIN REL DT   TOT GOOD TIME   SHORT DATE   LONG DATE
 045Y 00M 00D   000Y 00M 00D    08/03/2035   000Y 00M 00D    08/03/2035   04/11/2042
```

DEFENDANT'S EXHIBIT  b