# ALABAMA

# DEPARTMENT OF CORRECTIONS

# CLASSIFICATION MANUAL

As Revised 10-2000

DEFENDANT'S EXHIBIT C

12/13/05        1

# CHAPTER 1

## INTRODUCTION / DEFINITIONS / PROCEDURES

This classification manual will be used as the official source document and authority for all Alabama Department of Corrections (ADOC) classification transactions in keeping with Administrative Regulations 401, 402, 420, 425, 432, and all other ADOC regulations which have bearing on the classification function. The manual provides guidelines for classification decision-making while allowing for use of the professional judgement and experience of trained classification personnel to accomplish the purpose of ADOC classification.

The Director of Classification, with the approval of the Commissioner of Corrections, will be responsible for and the source of all amendments to this manual and for the annual review and updating of its contents with input from staff members in the field.

I. **PURPOSE**

To provide consistent, efficient, dependable, and constitutionally acceptable decisions concerning offenders during their incarceration with regard to custody, institutional placement, work assignment, education and training, counseling, guidance, therapy, and other special programs in accordance with the needs and resources of the Department and the needs and abilities of the offenders.

II. **GOALS**

A.  To orient the inmate to the rules and regulations, program opportunities and classification procedures of the ADOC prison system.

B.  To assign each offender to the least restrictive security level, custody, and institutional placement possible consistent with the safety of the public, ADOC staff, other inmates, self, and the availability of appropriate space.

C.  To complete inmate classification within a maximum of two (2) weeks after admission to the Receiving and Classification Center (R&CC) or Julia Tutwiler Prison for Women.

D.  To identify offenders with technical or other skills which could be used by the ADOC or the need for skill development to develop employability on return to the free world.

E.  To identify offenders with treatment and/or educational needs.

F.  To record relevant information concerning the offender and have it readily retrievable.

G.  To reclassify each offender at least annually via a progress review.

12/13/05                                      1

II. **DEFINITIONS**

A. <u>Classification:</u> The process of sorting inmates into groups by security level, custody, and program needs using interviews, tests, scoring instruments, and behavior records as well as official court documents and reports from police and other criminal justice agencies.

B. <u>Central Review Board:</u> Classification Supervisors assigned to the Central Classification Division who review the security level, custody and placement recommendations for inmates made by institutional classification specialists and supervisors, for approval, denial or amendment.

C. <u>Classification Specialists:</u> Administrators of classification procedures for inmates assigned to their caseloads at the institutional level.

D. <u>Classification Supervisors:</u> Responsible for assuring the implementation of approved classification policy at the institutional level and supervise subordinate classification staff.

E. <u>Custody:</u> Level of management required for an inmate at the institution within the ADOC where the inmate is confined. Assignment of a specific custody at one institution does not necessarily imply that this inmate could be managed at that custody at a less restrictive institutional placement.

F. <u>Honor Camps/Community Work Centers:</u> Security Level II facilities for placement of inmates whose assessed security level needs allow less restrictive placement at institutions with low officer to inmate ratios.

G. <u>PDL (Pre-Discretionary Leave):</u> Placement which allows selected inmates to return to placement with approved sponsors when they are within the final portion of their commitment to the ADOC in order to secure employment, housing, training, etc. to ease their adjustment for return to society.

H. <u>Reclassification:</u> Process of periodically reviewing the progress of inmates to determine what, if any, revisions should be made to the placement of inmates within a particular group as to security level, custody, and/or program.

I. <u>Risk Assessment:</u> Objective scoring instrument used for each inmate to determine security level needs of the inmate and the institution, which will be most appropriate for retention within the ADOC.

J. <u>Security Level (SL):</u> The rating assigned to the various institutions and placement options within the ADOC and to inmates through classification procedures for the purpose of placement within the ADOC.