## ALABAMA BOARD OF PARDONS AND PAROLES

### REPORT OF INVESTIGATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Investigation: | PRELIM | Date Dictated: | 06/06/2006 |
| Name: | PARRIS BRENT ANDRE | PR#: | PR199507146500 |
| Alias: | PARRIS ANDRE | | |
| RS | WM  DOB: 12/05/1970  Est. Age: 35 | Height and Weight: | 6'00" \| 155 |
| Complexion: | FAR | Color of Hair: BRO  Color of Eyes: | GRN |
| Bodily Marks: | TATTOOS: LEFT FOREARM, HAND, SHOULDER | | |
| Driver's License: | AL5498859 | SSN: | [redacted] |
| AIS#: | 203767  FBI#: 933987LA4  SID: | | AL01162172 |
| Phone #: | 2562381524 | | |
| Address: | 1618 CHARLOTTE AVENUE ANNISTON, AL 36201 | | |

### OFFENSE(S) OF INVESTIGATION

| Field | Value | Field | Value |
|---|---|---|---|
| County: | Etowah | Case #: | CC 1997 001099.00 |
| Offense(s): | ATTEMPT - MURDER | | |

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| ATTEMPT - MURDER : C | 10/11/2000 | 10/11/2000 | Y35 M00 D000 | | | $ 27.88 |

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Date of Arrest: | 04/12/1997 | Date of Bond: | 09/22/1998 | Bond Amt.: | $ 0.00 |
| Judge: | WILLIAM H. RHEA | D.A.: | HARP JIMMIE GARY JR | | |
| Attorney: | REID MARCUS W | Retained: | X | Appointed: | |

Court Ordered Restitution: $27.88

**NOTES:** Parris' $20,000 bond was revoked on 10-13-1998. The District Attorney at the time of this offense was James E. Hedgspeth, Jr. and the Defense Attorney at Sentencing was Susan James, retained.

The original Pre-Sentence Report in this case was prepared using police reports/records maintained in the District Attorney's file. This Preliminary Report was prepared to correct some inconsistencies in the "Details of Offense" section of the report. Those inconsistencies were revealed during trial from witness testimonies.



## PRESENT OFFENSE(S)

**County Court and Case Number:** Etowah, CC 1997 001099.00

**Offense(s):** ATTEMPT - MURDER

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| ATTEMPT - MURDER : C | 10/11/2000 | 10/11/2000 | Y35 M00 D000 | | | $ 27.88 |

**Date of Sentence:**

**Details of Offense:**

(1) Parris was arrested 04-12-97 by officers of the Gadsden Police Department and charged with Attempted Murder. He was subsequently indicted 09-05-97 by the 1997 Fall Term of the Etowah County Grand Jury. On 08-31-00, Parris was found guilty as charged by a jury. On 10-11-00, he was sentenced to serve 35 years consecutively;

On 04-12-97 at approximately 11:30 PM, Parris was visiting his ex-girlfriend Katie Conner and their infant son at 714 Padenreich Avenue in East Gadsden. Parris and Ms. Conner were having a domestic argument. Parris had the child in his vehicle and left the residence. Ms. Conner became upset and was sitting on the steps crying when Parris returned to the residence. Before he got out of the vehicle, Randy Davidson who lived at the residence approached Parris. Mr. Davidson confronted and struck Parris on the forehead with the hilt of a knife. Mr. Davidson then turned to run from Parris toward the residence. By this time Mr. Davidson's sister Bernice Conner came out of the house and was standing on the porch.

As Mr. Davidson ran away from him, Parris shot Mr. Davidson striking him in the back. Parris then left the scene with Ms. Conner and the baby. Mr. Davidson was transported to Gadsden Regional Hospital by ambulance. He was admitted through the emergency room and underwent surgery to remove the bullet from his spine. The surgery lasted two hours and Mr. Davidson was paralyzed as a result of this gunshot.

Parris was later arrested at the Town House Motel in East Gadsden. The weapon, a Jennings .380 semi-automatic pistol was recovered from Parris when he was arrested.

**On Probation At Arrest:** No

**On Parole At Arrest:** No

**Serious Physical Injury Barring Parole:** No

**Subject's Statement:**

(1) In Parris' statement to police he stated that Mr. Davidson assaulted him by hitting him in the head with the knife and that he had blood in his eyes. He stated Mr. Davidson moved toward him a third time and Parris seeing he still had the knife, reached and got his pistol from between the console and fired one time toward Mr. Davidson.

**Case Status of Co-defendants:** (1) None charged.

**Victim Notification Information:**

**Victim Impact:**

(1) This offense gravely and seriously impacted the victim and his family. Mr. Davidson was 23 years

old at the time, was shot in the back and was paralyzed from his chest down. He underwent surgery for approximately two hours the night of the offense to remove the bullet from his spine and repair surrounding damage. Mr. Davidson who subsequently died on 12-11-00 was placed in a long-term care facility in Chattanooga, Tennessee for a while. His prognosis at that time was that he would never recover any neurological function. Attempts to contact his sister by this officer were unsuccessful. However, according to the local victim's service officer, the majority of Mr. Davidson's medical expenses were paid by Medicaid. There was one claim in the amount of $27.88 paid by Alabama Crime Victim's Compensation Commission on behalf of Mr. Davidson for a hospital fee from Shepherd Center in Atlanta, Georgia.

**Victim Age:** Over 16

**Location of Offense:** Gadsden, Alabama city limits

**Court Ordered Restitution:** $27.88

## RECORD OF ARREST(S)

| Date | Agency ORI | Type | Charge | Disposition |
|---|---|---|---|---|
| 02/10/1988 | Anniston PD | Prior Adult | Speeding | Other: $20 fine |
| 03/02/1988 | Anniston PD | Prior Adult | Driving w/o License | Other: Acquitted |
| 07/27/1988 | Anniston PD | Prior Adult | Reckless Driving | Other: $54 fine |
| 01/10/1990 | Anniston PD | Prior Adult | Running Stop Sign | Other: $34 fine |
| 03/19/1990 | Gadsden PD | Prior Adult | Speeding | Other: Fined |
| 07/03/1990 | Calhoun County Circuit Court CC90-1149 | Prior Adult | Youthful Offender - Shooting Into an Occupied Vehicle | Other: 2-17-91: 18 mos. 3-22-91: 3 yrs. probation. 7-10-92: probation revoked |
| 01/30/1991 | Calhoun County District Court DC91-239 | Prior Adult | Receiving Stolen Property 3rd (reduced from RSP 2nd) | Other: 2-22-91: 365 days suspended; 24 mos. probation |
| 02/25/1991 | Calhoun County District Court TR91-1073 | Prior Adult | Driving While License Suspended | Other: 5-15-91: Dismissed |
| 07/09/1992 | Calhoun County District Court DC92-2417 | Prior Adult | Assault 1st | Other: 9-11-92: Nolle prossed |
| 10/16/1992 | Calhoun County Circuit Court CC92-1162 | Prior Adult | Assault 1st | Other: 6-18-93: Nolle prossed |
| 05/06/1993 | Attalla PD | Prior Adult | Theft 3rd | Other: 5-13-93: Nolle prossed |
| 05/06/1993 | Attalla PD | Prior Adult | Theft 3rd | Other: 5-13-93: 7 days, $250 fine + $54 costs + $8.29 restitution |
| 05/06/1993 | Attalla PD | Prior Adult | Public Intoxication | Other: 5-13-93: 16 days, $100 fine + $54 costs |
| 06/02/1993 | Anniston PD | Prior Adult | Speeding | Other: $60.50 |
| 06/02/1993 | Anniston PD | Prior Adult | DUI | Other: $350.50 |
| 11/04/1993 | Gadsden PD | Prior Adult | Seat Belt Violation | Other: Fined |
| 11/04/1993 | Gadsden PD | Prior Adult | Giving False Information | Other: Fined |
| 11/04/1993 | Gadsden PD | Prior Adult | Driving While License Revoked | Other: Fined |

| Date | Agency/Court | Type | Charge | Disposition |
|---|---|---|---|---|
| 11/04/1993 | Gadsden PD | Prior Adult | Speeding | Other: Fined |
| 01/12/1994 | Anniston PD | Prior Adult | Speeding | Other: $85.50 |
| 08/11/1994 | Calhoun County District Court TR94-2880 | Prior Adult | Speeding (52/35) | Other: $103 |
| 09/15/1994 | Calhoun County Circuit Court CC94-881 | Prior Adult | Receiving Stolen Property 2nd | Other: 5-16-95: Nolle prossed |
| 10/05/1994 | Calhoun County Circuit Court CC95-019 | Prior Adult | Receiving Stolen Property 3rd (reduced from RSP 2nd) | Other: 5-16-95: pled guilty; $250 fine |
| 10/07/1994 | Calhoun County District Court TR94-3605 | Prior Adult | DUI - Alcohol | Other: 3-21-95: 58 days -- 30 served, $600 fine + $128 costs, DUI School |
| 10/07/1994 | Calhoun County District Court TR94-3604 | Prior Adult | Speeding (51/35) | Other: 3-21-95: Nolle prossed |
| 03/22/1995 | Anniston PD | Prior Adult | Speeding | Other: Nolle prossed |
| 04/26/1995 | Anniston PD | Prior Adult | Driving While License Revoked | Other: Nolle prossed |
| 04/26/1995 | Anniston PD | Prior Adult | Improper Lights | Other: $54 |
| 06/07/1995 | Etowah County Circuit Court CC96-901-R | Prior Adult | Assault 2nd | Other: 3-16-99: Sentenced 10 yrs. probation denied. |
| 08/08/1995 | Gadsden PD | Prior Adult | Carrying Pistol w/o Permit | Other: Nolle prossed |
| 08/08/1995 | Gadsden PD | Prior Adult | Giving False Information | Other: Fined |
| 10/21/1995 | Calhoun County District Court TR95-4348 | Prior Adult | Driving While License Revoked | Other: 12-8-95: $173 fine & costs |
| 10/21/1995 | Calhoun County District Court TR95-4347 | Prior Adult | Speeding (54/35) | Other: 12-8-95: $93 fine & costs |
| 11/05/1995 | Etowah County District Court DC95-3997 | Prior Adult | Public Intoxication | Other: 12-6-95: $25 fine & costs |
| 06/19/1996 | Calhoun County Circuit Court CC96-951 | Prior Adult | Prescription - Illegal Possession | Other: 9-15-97: Nolle prossed |
| 06/19/1996 | Calhoun County Circuit Court CC96-950 | Prior Adult | Prescription - Illegal Possession | Other: 9-15-97: Nolle prossed |
| 06/19/1996 | Calhoun County Circuit Court CC96-884 | Prior Adult | Carrying Pistol w/o Permit | Other: 9-15-97: pled guilty, served 150 days |
| 06/19/1996 | Calhoun County Circuit Court CC96-883 | Prior Adult | UPCS | Other: 9-15-97: Nolle prossed |
| 06/19/1996 | Calhoun County Circuit Court CC96-882 | Prior Adult | UPCS | Other: 9-15-97: Nolle prossed |
| 06/19/1996 | Calhoun County Circuit Court CC96-881 | Prior Adult | UPCS | Other: 9-15-97: Nolle prossed |
| 08/04/1996 | Etowah County District Court TR96-1521 | Prior Adult | Speeding (75/55) | Other: 3-21-97: $110 |
| 08/04/1996 | Etowah County District Court TR96-1522 | Prior Adult | Driving While License Revoked | Other: 3-21-97: $190 |

| Date | Agency/Court | Type | Offense | Disposition |
|---|---|---|---|---|
| 11/01/1996 | Gadsden PD | Prior Adult | Illegal Window Tint | Other: Nolle prossed |
| 11/01/1996 | Gadsden PD | Prior Adult | Driving While License Revoked | Other: Nolle prossed |
| 11/01/1996 | Gadsden PD | Prior Adult | Giving False Information | Other: Fined |
| 01/16/1997 | Calhoun County District Court TR97-287 | Prior Adult | Driving While License Revoked | Other: 2-5-97: $173 fine & costs |
| 01/16/1997 | Calhoun County District Court TR97-286 | Prior Adult | Speeding (49/30) | Other: 2-5-97: $113 fine & costs |
| 03/21/1997 | Etowah County District Court DC97-1026 | Prior Adult | Discharging Firearm | Other: 4-8-97: 30 days; $100 fine & costs |
| 03/21/1997 | Etowah County District Court DC97-1025 | Prior Adult | Carrying Concealed Weapon | Other: 4-8-97: $50 fine & costs |
| 03/21/1997 | Etowah County District Court DC97-1024 | Prior Adult | Public Intoxication | Other: 4-8-97: Nolle prossed |
| 09/19/1986 | Calhoun County Juvenile Court | Prior Juvenile | Harassment | Other: Dismissed 1-28-87 |
| 04/11/1988 | Calhoun County Juvenile Court | Prior Juvenile | Assault 3rd | Other: Consent Decree - fined $20 (Decree terminated 5-11-88) |
| 05/10/1988 | Calhoun County Juvenile Court | Prior Juvenile | Assault 2nd | Other: Nolle prossed |
| 05/12/1988 | Calhoun County Juvenile Court | Prior Juvenile | Harassing Communications | Other: Nolle prossed |
| 08/02/1988 | Calhoun County Juvenile Court | Prior Juvenile | Criminal Mischief 1st | Other: 12 mos. probation (terminated 10-3-89) |
| 10/22/1998 | Etowah County District Court DC98-3667 | Subsequent Adult | Hindering Prosecution | Other: 3-25-99: Pled guilty, sentenced 12 mos. County Jail |

## PERSONAL/SOCIAL HISTORY

**Marital Status/History** Single

| Name | Address | DOB | DOD | Marriage Begin/End |
|---|---|---|---|---|
| | | | | - |

**Children**

| Name | Address | DOB | DOD | Other Parent |
|---|---|---|---|---|
| Killian Gage Parris | | 01/19/1997 | | Katie Conner |

**Housing History**

| | | | |
|---|---|---|---|
| Orphanage: | No | Homeless: | No |
| Foster Home: | No | Other Institution: | Yes: Juvenile Facility |
| Boarding School: | No | | |

**Health**

| | |
|---|---|
| Physical Disability: | No |
| Mental Disability: | No |
| Psychological Report: | No |

| | | |
|---|---|---|
| **Prescribed Medications:** | Yes | Medication to regulate heart |
| **Defendants Opinion Of Drug Problem:** | Denies | |
| **Past Drugs:** | Yes | |
| **Treatment History:** | | |
| **Present Drugs:** | No | |
| **Defendants Opinion Of Alcohol Problem:** | Denies | Seldom |

## Education

### High School

| Last Grade Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| HSGraduate | Four Square Christian Academy, 1988 | |

### College

| Last Level Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| AttendedCollege | Ayers Technical College, Applied Associate's , | |

### Further Education/Training

| Type | Place | Length | Completed |
|---|---|---|---|
| | | | Yes |

## Financial Status

**Owns:**

| Money Owed | To | Amount |
|---|---|---|
| | In 02/1999 owed hospital bills | $8,000 |

## Employment History

| Type/Employer | Begin Date | # Months | Pay | Reason For Leaving |
|---|---|---|---|---|
| Cook \ Western Sizzlin | / | 12 | | |
| Labor \ Boozer Beam | / | 12 | | |
| Computer lab assistant \ Jacksonville State University Technology Departmen | / | 24 | | |

## Military Record

| Registered W/Selective Service | Served | Length Of Service | Discharge Type |
|---|---|---|---|
| | None | | |

| Discharge Reason | Highest\Discharge Rank | Military Job Title | Medals/Awards |
|---|---|---|---|
| | \ | | |

**Notes:**

## Offender's Family

### Parents

| | Father | Address | DOB | Felony Conv. | Deceased |
|---|---|---|---|---|---|
| | Curtis Parris | 1618 Charlotte Avenue<br>Anniston, AL 36201 | | No | No |
| | Mother | Address | DOB | Felony Conv. | Deceased |
| | Rita Glanze Parris | 1618 Charlotte Avenue<br>Anniston, AL 36201 | | No | No |

### Siblings

| Name | Address | DOB | Felony Conv. |
|---|---|---|---|
| N/A | | | |

**Notes:**

### Personal Relationship

**Relationship w/father:** Good

**Relationship w/mother:** Good

**Relationship w/siblings:** N/A

## PROBATION PLAN

### Home

| Living With | Address | Relation |
|---|---|---|

### Employment

| Employer | Address | Phone | Pay Rate |
|---|---|---|---|

### Treatments

| Treatment Type | Treatment Description |
|---|---|

**Officer Remarks:** The personal and social information in this report was taken from the Pre-Sentence Report prepared by this officer on 03-12-99 in Etowah County Case CC96-901. Parris was personally interviewed by this officer on 02-23-99 at the Etowah County Jail in preparing that report.

**Recommendations To Court:** N/A

Signed and dated at Centre, Alabama the 6th day of June 2006

QUATTLEBAUM, KATHRYN

PBF 203

Alabama Probation and Parole Officer

_____

Reviewed By