```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION


BRENT ANDRE PARRIS, #203767 )
                            )
      Plaintiff,            )
                            )
                            )
v.                          )    Case #2:06-CV-303-MEF
                            )
                            )
KATHRYEN T. QUATTLEBAUM,    )
              et al.,       )
                            )
      Defendants.           )
```

## ANSWER

Comes now the Defendant, Kathryne T. Quattlebaum, by counsel, denying Plaintiff's 42 U.S.C. §1983 allegations and submits the following in answer thereto:

1. The "details of offense" contained in the original presentence investigation dated 10-5-2000 were derived from reports, records, and statements generated by the arresting police agency (Gadsden Police Department), prosecuting district

1

attorney's office (Etowah County), and court records (Etowah County).

2. The original presentence investigation was prepared in 2000. The "details of offense" contained therein were challenged at the 2000 sentencing hearing and a satisfactory resolution was reached between Plaintiff's attorney and the court (see sentence hearing transcript submitted by the Plaintiff).

3. Plaintiff filed his §1983 claims in 2005, well after the statute of limitations on his claims concerning Officer Quattlebaum had run. This case, as to Officer Quattlebaum's presentence report, is barred by the statute of limitation.

4. Officer Quattlebaum has prepared a replacement presentence report dated 6-6-2006 that reflects the "details of offense" offered in courtroom testimony at the sentence hearing. This is the relief sought by the Plaintiff, concerning Officer Quattlebaum, which makes Plaintiff's claims against her "moot".

5. Plaintiff seeks reimbursement for the filing fee in this case. Officer Quattlebaum is entitled to quasi-judicial immunity when preparing reports ordered by the courts.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL

        GREGORY O. GRIFFIN, SR.
        CHIEF COUNSEL

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 6-30-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> **BRENT ANDRE PARRIS, AIS# 203767**
> **LIMESTONE CORRECTIONAL FACILITY**
> **28779 NICK DAVIS ROAD**
> **HARVEST, ALABAMA 35749-7009**

Done this **30**th day of **June 2006**.

> Respectfully submitted,
>
> s/ STEVEN M. SIRMON
> ASSISTANT ATTORNEY GENERAL
> State Bar#: ASB-5949-S61S
> Ala. Bd. Pardons and Paroles
> 301 South Ripley Street
> P.O. Box 302405
> Montgomery, Alabama 36130
> Telephone: (334) 242-8700
> Fax: (334) 353-4423
> steve.sirmon@alabpp.gov