STATE OF ALABAMA )
)
CHEROKEE COUNTY )

### AFFIDAVIT

BEFORE ME, the undersigned authority for said County and State, personally appeared **Kathryn Quattlebaum,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Kathryn Quattlebaum.** I am currently employed as a Probation and Parole Officer III with the Alabama Board of Pardons and Paroles. My duties as a Probation and Parole Officer include conducting investigations and preparing reports for the Circuit Court and for the Board of Pardons and Paroles. I also supervise those probationers and parolees released by the Court and the Board that are assigned to me.

In my capacity as a Probation and Parole Officer I prepared a presentence report dated 10-5-2000 concerning Brent Andre Parris (AIS # 203767). Mr. Parris had been convicted of Attempted Murder. The "Details of Offense" portion of that report accurately reflects the information and records provided me by the Gadsden Police Department and the Etowah County District Attorney's Office at the time the report was prepared.

In June of 2006 I was provided with a copy of the sentencing transcript, wherein, Mr. Parris and his attorney challenged the contents of my presentence report dated 10-5-2000. It appears from reading the transcript that Mr. Parris and the sentencing court agreed upon and made arrangements for a course of action to insure that he would not be adversely affected by certain portions of the report that he had challenged. I was not requested to modify my investigation concerning Mr. Parris conviction, as the sentencing transcript reflects.

Pursuant to Ala. Code 15-22-28 (a) and in light of the sentencing transcript, I have reinvestigated the matter and prepared a "Report of Investigation" dated 6-6-2006 that addresses the areas Mr. Parris challenged at sentencing and that the court determined conflicted with testimony offered at trial. I was not at the trial and did not have the



benefit of hearing the testimony offered at trial when preparing the original presentence report. This report has been forwarded to the Department of Corrections.

The "Report of Investigation" dated 6-6-2006 correctly portrays the details of the offense, as reflected by the sentencing transcript and determinations made by the court tnerein.

I am aware that the investigations conducted by probation and parole officers are provided to the Department of Corrections and the Parole Board, where they are used for classification purposes and parole consideration, respectively. I, nor the Board, have authority to classify inmates in Alabama prisons. Classification of inmates serving prison terms in Alabama is a function of the Department of Corrections.

**Kathryn Quattlebaum**
**Alabama Probation and Parole Officer III**

SWORN TO AND SUBSCRIBED before me this 30th day of June 2006.

NOTARY PUBLIC
Commission Expire: 11-06-09