IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT ANDRE PARRIS, #203767, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-303-MEF |
| | ) |
| KATHRYNE T. QUATTLEBAUM, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 14, 2006 defendant Quattlebaum shall file a supplemental special report, supported by an affidavit, which addresses the plaintiff's claim that she knowingly relied on false information in preparing her original presentence report.

DONE, this 7th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE