IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT ANDRE PARRIS, #203767, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-303-MEF |
| | ) | |
| KATHRYNE QUATTLEBAUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL SPECIAL REPORT

COMES NOW the Defendant, Paul Whaley II, by and through the undersigned counsel in the above-styled action, and file his Supplemental Special Report pursuant to the July 7, 2006 Order of this Honorable Court. The Defendant states as follows:

1. On June 29, 2006, Defendant Whaley submitted his Special Report and Answer as directed by this Honorable Court.

2. On July 5, 2006, this Court ordered that Defendant Whaley submit a supplemental special report as to the Plaintiff's claim that he knowingly relied upon false information in the classification process.

3. Attached is the affidavit of Defendant Whaley. (Exhibit e) Defendant Whaley did not rely upon false information. The information that Defendant Whaley relied upon pertained to the fact that the Plaintiff's victim was shot in the back and that the victim was permanently injured. (Ex. e) "Either element of that act, whether shooting the person in the back or inflicting permanent injury regardless of whether being shot in the back or elsewhere, would be sufficient to restrict Parris." (Ex. e)

Wherefore these premises considered, the Defendants pray that this Honorable Court will find that the Plaintiff is not entitled to any relief and this complaint should be dismissed.

Respectfully submitted,

/s/ Kim T. Thomas
KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/s/ Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
**ALABAMA DEPARTMENT OF CORRECTIONS**
**LEGAL DIVISION**
**301 S. RIPLEY STREET**
**P.O. BOX 301501**
**MONTGOMERY, AL 36130**
**(334) 353-3881**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon:

Brent Andre Parris
AIS #203767
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

Steve Sirmon, Esq.
Alabama Board of Pardons and Paroles
301 South Ripley Street
Montgomery, AL 36130

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this the 13th day of July, 2006.

/s/ Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL