STATE OF ALABAMA:            CIVIL ACTION NO. 2:06-CV-303-MEF

MONTGOMERY COUNTY:        BRENT ANDRE PARRIS #203767

### AFFIDAVIT

My name is Paul Whaley II and I am presently employed as the Director of Classification, Alabama Dept. of Corrections, P O Box 301501, Montgomery, Alabama 36130. I am over the age of twenty-one years. I have 28 years' experience with the Alabama Dept. of Corrections, all in the area of inmate classification. I worked at Kilby as the institutional classification specialist for five years managing a caseload as well as performing intake and reclassification duties. Following that, I served 9 ½ years as a member of the Central Review Board where the vast majority of classification determinations statewide relative to placements, programs, custodies, institutional assignments and security levels were made. I have served as the Director of Classification for 13 ½ years. I have attended specialized training with the National Institute of Corrections. I hold Masters' degrees in both Criminal Justice and Counseling. I hold a specialized instructor's certificate (#647) issued by the Peace Officers' Standards and Training Commission. I have given presentations around this state to Circuit Judges, District Attorneys, and attorneys for CLE credit. I am qualified to testify to the following with respect to the issues raised in this pleading.

Pursuant to the instructions of the Court in the matter at hand, the following supplemental information is filed.

All information that has been made available to the ADOC by the Pardon and Parole Board clearly shows that the victim was shot in the back and has suffered permanent injury. Plaintiff's exhibit "D" is a corrected PSI. On page 2 of 8 and in the 3rd paragraph of the "details", it clearly states that the victim was shot in the back and was subsequently paralyzed. Either element of that act, whether shooting the person in the back or inflicting permanent injury regardless of whether being shot in the back or elsewhere, would be sufficient to restrict Parris.

I have not knowingly relied on any information that I knew to be false in the case of Parris.

DEFENDANT'S EXHIBIT C

_____
Paul Whaley II

STATE OF ALABAMA:

COUNTY OF MONTGOMERY:

SWORN TO AND SUBSCRIBED before me this the 10th day of July, 2006.

_____
Notary Public