IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT ANDRE PARRIS, #203767, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-303-MEF |
| | ) |
| KATHRYNE T. QUATTLEBAUM, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 27, 2006 defendant Quattlebaum shall (i) show cause why she failed to file a supplemental special report in compliance with the order entered on July 7, 2006 (Court Doc. No. 13), and (ii) shall file a supplemental special report, supported by an affidavit, which addresses the plaintiff's claim that she knowingly relied on false information in preparing her original presentence report.

Done, this 21st day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE