IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRENT ANDRE PARRIS, #203767** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case #2:06-CV-303-MEF |
| ) | |
| **KATHRYEN T. QUATTLEBAUM,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, Kathryne T. Quattlebaum, on behalf of all Defendants, and moves the Court for an extension of time to respond to Plaintiff's 42 U.S.C. $1983 claims and shows unto the Court the following:

    1)    Defendants have discussed the issues and request an extension of time, up to and including September 29th, 2006, to file their Supplemental response and supporting affidavit.

1

2)    The Petitioner will not be prejudiced by the extension.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 9-5-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>       **BRENT ANDRE PARRIS,**
>       **AIS# 203767**
>       **LIMESTONE CORRECTIONAL FACILITY**
>       **28779 NICK DAVIS ROAD**
>       **HARVEST, ALABAMA 35749-7009**

Done this **5**[th] day of **September 2006**.

>       Respectfully submitted,
>
>
>       s/ STEVEN M. SIRMON
>       ASSISTANT ATTORNEY GENERAL
>       State Bar#: ASB-5949-S61S
>       Ala. Bd. Pardons and Paroles
>       301 South Ripley Street
>       P.O. Box 302405
>       Montgomery, Alabama 36130
>       Telephone: (334) 242-8700
>       Fax: (334) 353-4423
>       steve.sirmon@alabpp.gov