STATE OF ALABAMA )
)
CHEROKEE COUNTY )

### AFFIDAVIT

BEFORE ME, the undersigned authority of said County and State, personally appeared **Kathryn Quattlebaum**, who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Kathryn Quattlebaum.** I am currently employed as a Probation and Parole Officer III with the Alabama Board of Pardons and Paroles. My duties as a Probation and Parole Officer include conducting investigations and preparing reports for the Circuit Court and for the Board of Pardons and Paroles. I also supervise those probationers and parolees released by the Court and the Parole Board that are assigned to me.

I adopt, hereby, my previously filed affidavit dated June 30th, 2006 and stand by the comments made therein.

I further deny relying on any "known false" information in the preparation of either the 10-5-2000 presentence report or the 6-6-2006 "Report of Investigation". I have never included "known false" information in any presentence report or report of investigation. I am aware that information reported in police reports and even testimony from the witness stand is not always factually true, but instead is what that person believes to be true.

I prepare the criminal history portion of presentence reports and reports of investigation from local police records, NCIC computer checks and ACIC computer checks. My report in Mr. Parris case included a criminal record check that reflected

EXHIBIT A

information from these sources. I deny including any "know false" information concerning the criminal history in either of Mr. Parris reports.

I deny Mr. Parris' allegations.

*Kathryne T. Quattlebaum*
KATHRYN QUATTLEBAUM
Alabama Probation and Parole Officer III

SWORN TO AND SUBSCRIBED before me this 8th day of September 2006.

NOTARY PUBLIC
Commission Expires: 11-06-09