IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT ANDRE PARRIS, #203767, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-303-MEF |
| | ) |
| KATHRYNE T. QUATTLEBAUM, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Quattlebaum on September 5, 2006 (Court Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Quattlebaum be GRANTED an extension from July 27, 2006 to and including September 29, 2006 to file her supplemental special report.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE