IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT ANDRE PARRIS, #203767, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-303-MEF |
| | ) | |
| KATHRYNE T. QUATTLEBAUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to correct order and motion to compel response from

defendant Quattlebaum filed by the plaintiff on September 11, 2006 (Court Doc. No. 19), and for

good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before September 29, 2006, defendant Quattlebaum shall file a supplemental

special report, supported by an affidavit, which addresses the plaintiff's claim that after being

provided evidence that the PSI contained false information she refused to immediately remove the

false information from his file and "did not remove the false information until Plaintiff filed the

present § 1983 complaint" which makes her "liable to reimburse to Plaintiff the $250.00 filing fee."

*Court Doc. No. 19* at 3.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE