IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

|  |  |  |
|---|---|---|
| BRENT ANDRE PARRIS, #203767, | ) ) ) ) ) | |
| Plaintiff , | ) ) ) ) | |
| VS. | ) ) ) ) ) | Civil Action: 2:06-CV-303-MEF |
| KATHRYNE T. QUATTLEBAUM, Alabama Probation & Parole Officer of Alabama Board of Pardons & Paroles; and PAUL WHALEY, Director of Classification, Alabama Department of Corrections, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**PLAINTIFF'S RESPONSE TO SUPPLEMENTAL SPECIAL**

**REPORT OF DEFENDANT KATHRYNE T. QUATTLEBAUM**


Comes now Brent Andre Parris #203767, Plaintiff in the above-styled cause, and he respectfully submits the following response to the Supplemental Special Report of Defendant Kathryne T. Quattlebaum dated September 11, 2006:

1

1.   Plaintiff first shows that Defendant Quattlebaum and
counsel attempted to respond to this Honorable Court's
Orders of July 7, 2006, and July 21, 2006, wherein she was
instructed to answer to Plaintiff's allegations that she
knowingly relied on false information in preparing her
original presentence report.

As Plaintiff pointed out in his Motion to Correct
Order and Motion to Compel, he never alleged that Defendant
Quattlebaum knowingly relied on false information in
preparing the PSI report. Plaintiff's allegation was that
Defendant Quattlebaum refused to remove false information
from the PSI report after she was provided evidence that it
was false and that she did not remove the false information
until Plaintiff filed the present § 1983 complaint; and
this would make her liable to reimburse to Plaintiff the
$250.00 filing fee. This Honorable Court granted
Plaintiff's motion and ordered that Defendant Quattlebaum
respond to this allegation on or before September 29, 2006.
The present Supplemental Special Report, then, fails to
respond to that allegation.


2.   Defendant Quattlebaum asserts that all claims in
relation to the presentence report are barred because the
two year statute of limitations has passed. Plaintiff

2

disagrees. The PSI was written in 2000 and Plaintiff filed the present action in 2006. During that time, however, Plaintiff attempted to have parole and prison officials correct this PSI report which they refused to do. The PSI report is causing continuing damage and constitutional violations which means that Plaintiff is not time barred from raising these claims.

3.   Defendant Quattlebaum asserts, relying on Hughes v. Chesser, 731 F. 2d 1489 (11th Cir. 1984), that she has absolute immunity from damages which would include reimbursement of the $250.00 filing fee. The Hughes court and other federal circuits have held that parole officers are absolutely immune from damages concerning written reports that they prepare. The United States Supreme Court, however, has not ruled upon this issue.

Plaintiff respectfully submits that the present case is distinguished from Hughes in that he has not filed this § 1983 action concerning knowingly placing false information in the PSI report. Instead, Plaintiff filed this action against Defendant Quattlebaum over her refusal to remove the false information from the PSI report after she was presented evidence that established it to be false. Certainly, her refusal to remove information from the PSI

report that she knew to be false would not be shielded by absolute immunity from damages.

4. Defendant Quattlebaum states that she is not at liberty to offer her new PSI report as an exhibit. Defendant Quattlebaum is late. Defendant Whaley already submitted Defendant Quattlebaum's revised PSI report to this Honorable Court and sent Plaintiff a copy.

WHEREFORE, Plaintiff will file an additional response when Defendant Quattlebaum files her supplemental special report as ordered by this Honorable Court on September 11, 2006.

Date: September 22, 2006     Respectfully submitted,

Brent Andre Parris

Brent Andre Parris #203767
Limestone Correctional Facility
Dorm 9-A-14
28779 Nick Davis Road
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing "Plaintiff's Response to Supplemental Special Report of Defendant Kathryen T. Quattlebaum" on the: Honorable Tara S. Knee, Assistant General Counsel, Alabama Department of Corrections, Legal Division, 301 S. Ripley Street, P. O. Box 301501, Montgomery, Alabama 36130 and counsel for Defendant Quattlebaum: Honorable Steven M. Sirmon, Assistant Attorney General, Alabama Board of Pardons and Paroles, 301 S. Ripley Street, P. O. Box 302405, Montgomery, Alabama 36130 by placing copies of the same in the U.S. Mail, postage prepaid, this date.

Done this the 22nd day of September, 2006.

*Brent Andre Parris*

Brent Andre Parris #203767