STATE OF ALABAMA      )
                          )

MONTGOMERY COUNTY )

## AFFIDAVIT

BEFORE ME, the undersigned authority of said County and State, personally appeared **Cynthia Dillard,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Cynthia Dillard.** I am currently employed as Acting Executive Director for the Alabama Board of Pardons and Paroles. I am responsible for a variety of administrative duties, as well as implementing the Board's polices and procedures and assuring the agency employees follow the Board's directives. I am also the custodian of the agency records.

In 2005 I was an Assistant Director with the Board of Pardons and Paroles. I received information that Mr. Parris questioned the accuracy of his presentence report and the excerpts from the sentencing hearing transcript he provided supporting his argument. On June 15th, 2005 I sent the materials I received for filing in the Parole Board's file and sent copies to the Department of Corrections. When Mr. Parris comes up for parole consideration the Board will have the materials in their file for review. I can only assume that the materials sent to the Department of Corrections were made a part of Mr. Parris' file with that agency at that time.

                                    **CYNTHIA DILLARD**
                                    **Acting Executive Director**
                                    **Alabama Board of Pardons and Paroles**

SWORN TO AND SUBSCRIBED before me this 28th day of September 2006.

                                    NOTARY PUBLIC
                                    Commission Expires: 4-6-10



EXHIBIT
A