STATE OF ALABAMA        )
                        )
CHEROKEE COUNTY         )

### AFFIDAVIT

BEFORE ME, the undersigned authority of said County and State, personally appeared **Kathryn Quattlebaum,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Kathryn Quattlebaum.** I am currently employed as a Probation and Parole Officer III with the Alabama Board of Pardons and Paroles. My duties as a Probation and Parole Officer include conducting investigations and preparing reports for the Circuit Court and for the Board of Pardons and Paroles. I also supervise those probationers and parolees released by the Court and the Parole Board that are assigned to me.

In 2003, exact date unknown, I was provided excerpts from the Plaintiff's sentencing hearing transcript, wherein the sentencing court and the Plaintiff's defense attorney agreed that certain language in the presentence report dated 10-5-2000 did not come out at the trial. Unknown to me at the time, the sentencing court agreed with Plaintiff's dense attorney to have excerpts from the sentencing hearing transcript be sent to the Parole Board and the Department of Corrections, along with presentence report. This apparently did not happen. The sentencing court did not request a new presentence report, as stated in the sentencing hearing transcript excerpt.

In 2003, when I was provided the aforesaid copy of the excerpts from the sentencing hearing from the Parole Board's Central Office, I reviewed Mr. Parris' presentence report dated 10-5-2000 and verified it accurately reflected the information I received from the local police and the district attorney's office. I was not asked to conduct another investigation on the matter and had no authority to change the existing presentence report without being directed to do so. It appeared to me that the information Mr. Parris wanted before the Parole Board was already in their file.

Though I did not know it until this lawsuit was filed, Cynthia Dillard, Acting Executive Director for the Parole Board, provided the excerpts to the Department of Corrections in June 2005 – prior to the lawsuit being filed.

EXHIBIT B

It was not until after the lawsuit was filed that I was ask to prepare a "Report of Investigation" that contained details of the offense consistent with the conversations between the sentencing court and Plaintiff's defense lawyer, as set out in the sentencing hearing transcript. Both the presentence report dated 1-5-2000 and the report of investigation dated 6-6-2006 accurately reflect the materials available to me at the time I was directed to prepare them.

                                                   *Kathryne T. Quattlebaum*
                                                   KATHRYN QUATTLEBAUM
                                                   **Alabama Probation and Parole Officer III**

SWORN TO AND SUBSCRIBED before me this 28th day of September 2006.

                                                  NOTARY PUBLIC
                                                  **Commission Expires:** 11-06-09