IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRENT ANDRE PARRIS #203767    )
                              Plaintiff,    )
v.    )    CASE NO. 2:06-CV-303-MEF
KATHRYNE E. QUATTLEBAUM, et al.    )
                              Defendants,    )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Paul Whaley, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/17/2007
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Paul Whaley
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code

334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## **CERTIFICATE OF SERVICE**

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of December 20 07, to:

Inmate Brent Andre Parrish

AIS # 203767

Limestone Correctional Facility

28779 Nick Davis Road

Harvest, AL 35749


12/17/2007                                    /s/ Tara S. Knee
Date                                          Signature