IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRENT PARRIS AIS# 203767,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:06-cv-00303-MEF-SRW |
| | ) |
| **KATHRYNE T. QUATTLEBAUM,** | ) |
| **PAUL WHALEY,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Tara S. Knee and withdraws her name as counsel of record for Defendant Paul Whaley on the grounds that she is no longer employed by the Alabama Department of Corrections, and that Kim T. Thomas, Esq. will continue to represent said Defendant.

Therefore, no further notices regarding this case need to be sent to Tara S. Knee.

Respectfully submitted this the 25th day of August 2008.

s/ Tara S. Knee
TARA S. KNEE          (KNE003)

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone:   (334) 353-0046
Facsimile:   (334) 353-4481
Email:       Tara.Knee@personnel.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon the following by placing same in the United States Mail, first class postage prepaid, and properly addressed on August 25, 2008:

Steven M. Sirmon, Esq.
Alabama Board of Pardons & Paroles
301 S. Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130

Mr. Brent Parris, Pro se
AIS # 203767
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

s/ Tara S. Knee
OF COUNEL