IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRENT ANDRE PARRIS, #203767,        )
                                    )
            Plaintiff,              )
                                    )
v.                                  )       CIVIL ACTION NO. 2:06-CV-303-MEF
                                    )
KATHRYNE T. QUATTLEBAUM, et al.,    )
                                    )
            Defendants.             )

**ORDER ON MOTION**

Upon review of the document filed by Tara S. Knee on August 25, 2008 (Court Doc.

No. 31), which the court construes as a motion to withdraw as counsel for the defendants, and

for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of August, 2008.


            _____/s/ Susan Russ Walker_____
            SUSAN RUSS WALKER
            CHIEF UNITED STATES MAGISTRATE JUDGE