IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BRENT ADRE PARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-303-MEF |
| | )            WO |
| KATHRYNE T. QUATTLEBAUN, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #34) to the Recommendation of the Magistrate Judge filed on March 4, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #33) filed on February 20, 2009 is adopted;

3. The defendants' motions for summary judgment is GRANTED and this case is DISMISSED with prejudice.

4. Each party shall bear responsibility for their respective costs.

DONE this the 17th day of March, 2009.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE